UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3: 05 CR 0235

| UNITED STATES | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RONALD RAYMOND RHODES, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion For Admission Pro Hac Vice" of Mr. William R. Terpening who recently joined the firm of Shumaker, Loop & Kendrick, LLP. The Motion is hereby **GRANTED.**

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

Signed: November 2, 2006

David C. Keesler
United States Magistrate Judge